UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CA 00 – 110 E

TO:     Clerk, United States District Court for the Western District of PA
        (Erie)

FROM:   Marcia M. Waldron, Clerk


Please find the enclosed Notice from the Supreme Court of the United States.

(5/31/00)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 27, 2005

William K. Suter
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: George N. Patrick, Superintendent, State Correctional Institution
at Houtzdale, et al.
v. Robert DeFoy
No. 04-1441
(Your No. 03-3474)

00-CV-00110E WE

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter, Clerk**