IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE DeFOY  ) | |
| ) | |
| Petitioner  ) | |
| ) | |
| v.  ) | C.A. No. 00-110 Erie |
| ) | |
| JOHN M. MCCULLOUGH, et al.,  ) | |
| ) | |
| Respondents.  ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the Petitioner's Motion to Compel, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that Respondent has until _____ to respond to Petitioner's discovery request.

_____
Susan Paradise Baxter
United States Magistrate Judge