# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Robert Lee DeFoy )
)
)
)
Petitioner )
vs. )   No.   CA 00-110 Erie
Superintendent McCullough )
)
)
Respondent )

HEARING ON   September 15, 2005 - Motion to Compel (Document #36)

Before   U. S. Magistrate Judge Susan Paradise Baxter

Thomas W. Patton, Esq., Federal P.D.        Scott A. Bradley, Esq., A.G.'s Office

Appear for Plaintiff                                     Appear for Defendant

Hearing Begun   11:02 am                         Hearing Adjourned to

Hearing concluded C.A.V.   11:22 am        Stenographer Ron Bench
                                                                   CD:          Index:

WITNESSES
For Plaintiff                                               For Defendant

Plaintiff's Motion to Compel (Document #36) is granted - responses to discovery are due from Defendants by October 14, 2005