IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE DEFOY,<br>   Plaintiff, | )<br>)<br>) |
|   v. | ) Civil Action No. 00-110 Erie |
| SUPERINTENDENT McCULLOUGH,<br> et al,<br>   Defendants. | )<br>)<br>)<br>) |

# **N O T I C E**

  TAKE NOTICE that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on April 27, 2006 at 2:00 p.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. All parties must appear in person.

            Sincerely,

            s/Leslie R. Wallen
            Leslie R. Wallen
            Judicial Assistant/Courtroom Deputy to
            Judge Baxter
            (814) 464-9630

Dated: April 17, 2006

cc:  all parties of record (lw)