# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Robert Lee DeFoy )
)
)
Plaintiff )
vs. )   No.   CA 00-110 Erie
Superintendent McCullough, et al )
)
)
Defendants )

HEARING ON   April 27, 2006   Status Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Thomas W. Patton, Esq., Federal P.D.   Scott A. Bradley, Esq., Atty Gen. Office

Appear for Plaintiff   Appear for Defendant

Hearing Begun  2:12 pm   Hearing Adjourned to

Hearing concluded C.A.V.  2:30 pm   Stenographer Ron Bench
CD:   Index:

WITNESSES

For Plaintiff   For Defendant

Discovery ends Sept. 1, 2006

Dispositive Briefs to be filed beginning 3 weeks after discovery deadline