IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT LEE DEFOY,** )<br>    Petitioner   )<br>)<br>v.   )<br>)<br>**SUPERINTENDENT McCULLOUGH, et al.,** )<br>    Defendants.   ) | **C.A.No. 00-110 Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## O R D E R

AND NOW, this 2nd day of May, 2006;

Following a telephonic hearing held on April 27, 2006,

IT IS HEREBY ORDERED that all discovery in this case will close September 1, 2006.

IT IS FURTHER ORDERED that dispositive motions are due September 22, 2006, and briefs in opposition to dispositive motions are due October 12, 2006.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

 

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge