IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
:
ROBERT LEE DEFOY, :
:
          Petitioner :
:   CA. No. 00-110 Erie
v. :   District Judge McLaughlin
:   Magistrate Judge Baxter
Superintendent JOHN M. McCULLOUGH, :
Att. General D. MICHAEL FISHER, :
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
          Respondents :
_____ :
:
:

_____

**REQUEST FOR ISSUANCE OF SUBPOENAS AND PAYMENT OF WITNESS FEES PURSUANT TO 28 U.S.C. § 1825(b) AND RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

_____

      AND NOW comes the Petitioner, Robert Lee DeFoy, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully asks this Honorable Court for an order permitting an authorized representative of the Federal Public Defender to issue and serve the subpoenas on the people listed in the attached schedule.

      1.      The Petitioner, Robert DeFoy is indigent, and on January 10, 2001, Magistrate Judge Susan Paradise Baxter appointed the Federal Public Defenders Office to represent him in these proceedings.

      2.      Following a status conference held March 15, 2005, Magistrate Baxter granted

Petitioner's request for discovery. On April 8, 2005, Petitioner requested discovery from Respondents, including depositions of certain individuals.

3. Title 28 U.S.C. §1825(b) provides that in proceedings in forma pauperis for a writ of habeas corpus, the United States marshal for the district shall pay, on certificate from the Court, all fees associated with the taking of depositions, including milage and witness fees, transcription and reporting fees.

4. Because Mr. DeFoy has been found indigent by this Court and lacks income to pay the costs of travel for the witnesses and other deposition fees, the Petitioner requests that these costs be borne by the government.

DATED: August 8, 2006                                Respectfully submitted,

                                                     /S/ Thomas W. Patton
                                                     Thomas W. Patton
                                                     Assistant Federal Public Defender

## **SCHEDULE OF SUBPOENAS**

To appear August 11, 2006 at SCI Laurel Highland, 5706 Glades Pike, Somerset, PA:

    8:00 a.m.   -   Deborah Cook

To appear August 16, 2006 at OAG Bureau of Consumer Protection, Keystone Building, 444 East College Avenue, Suite 440, State College, PA:

    9:00 a.m.   -   John McCullough
   11:00 a.m.  -   Shawn Ambold
   12:00 p.m.  -   Michael Ocilka
    1:00 p.m.   -   Shirley Knapp
    2:00 p.m.   -   Fred Cutler