IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

ROBERT LEE DEFOY,

        Petitioner

        v.

Superintendent JOHN M. McCULLOUGH,
Att. General D. MICHAEL FISHER,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Respondents
_____

CA. No. 00-110 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## ORDER OF COURT

AND NOW, this_____ day of _____, 2006, upon consideration of the foregoing Request for Issuance of Subpoenas and Payment of Witness Fees Pursuant to 28 U.S.C. § 1825(b) and Rule 30 of the Federal Rules of Civil Procedure, it is hereby Ordered that the requested subpoenas shall be issued and served by a representative of the Federal Defender directing the persons listed to appear at the specified date, time and place to give testimony. It is further ordered that all costs associated with said depositions be borne by the United States Marshal for the Western District of Pennsylvania.

_____
                                                     J.