IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE DeFOY  )   | |
| )   | |
| Petitioner  )   | |
| )   | |
| v.  )   | C.A. No. 00-110 Erie |
| )   | |
| JOHN M. MCCULLOUGH, et al.,  )   | |
| )   | |
| Respondents.  )   | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the Petitioner's Motion to Extend Time For Taking Discovery, it is ORDERED, ADJUDGED AND DECREED that the motion is granted;

It is FURTHER ORDERED that discovery will close on November 1, 2006.

It is FURTHER ORDERED that dispositive motions are due November 22, 2006, and briefs in opposition to dispositive motions are due December 12, 2006.

_____
Susan Paradise Baxter
United States Magistrate Judge