IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE DEFOY, } | |
| } | |
| Petitioner, } | |
| } | No. 00-110 Erie |
| vs. } | Judge McLaughlin |
| } | Magistrate Judge Baxter |
| JOHN M. MCCULLOUGH, Superintendent; } | |
| D. MICHAEL FISHER, Attorney General; } | |
| and the PENNSYLVANIA BOARD OF } | |
| PROBATION AND PAROLE, } | |
| } | *Electronically Filed.* |
| Respondents. } | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Joint Motion for Extension of Time heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The parties are granted an enlargement of time until November 20, 2006, within which to complete discovery.

It is **FURTHER ORDERED** that dispositive motions are due December 11, 2006, and briefs in opposition to dispositive motions are due January 2, 2007.

BY THE COURT:

_____
Susan Paradise Baxter,
Magistrate Judge

cc:   Thomas W. Patton, Asst Federal Public Defender

Scott A. Bradley, SDAG