## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

ROBERT LEE DEFOY,

        Petitioner

        v.

Superintendent JOHN M. McCULLOUGH,
Att. General D. MICHAEL FISHER,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Respondents
_____

CA. No. 00-110 Erie
District Judge McLaughlin
Magistrate Judge Baxter

## ORDER OF COURT

AND NOW, this_____ day of _____, 2007, upon consideration of the foregoing Motion for Summary Judgment, it is hereby Ordered that the motion is granted.

_____
Susan Paradise Baxter
United States Magistrate Judge