Interview Month **JUNE 1997**

## SUMMARIZATION REPORT

Inst/Docket No. **SCI-HD #56**

Name **Robert DeFoy** Inst and No. **SCI-Houtzdale, AK-1017** Parole No. **1226-J**

Minimum  Review ☒
(Reparole)

**OFFICIAL VERSION** (See Attached)   **PBPP 139**
DC-1B   PBPP-30   PSI   Others (Indicate) ☒   None available

**RESIDENT'S VERSION**   DC-1B   PBPP-130   PSI   Subject Interview

**PRIOR ADULT RECORD** Number of:   Source **PSP Rap Sheet**

**Convictions 1**   **Confinements 1**   **Probation Revocations 0**   **Parole Revocations 1**

**ADDITIONAL INFORMATION** (See attached report)
Psychiatric   Psychological ☒   Medical   Misconducts ☒ 11/6/96

Source **6/16/97**   Fines, Costs, Restitution   **Unlisted**
                                                              Amount

**PROBLEM AREAS**
Assaultive ☒                Sexual ☒         Vocational        Alcohol
Psychiatric/Psychological ☒ Drugs            Educational       Others(Indicate) ☒
                                                                Juvenile Record

**Superintendent - Warden RECOMMENDATION**
Parole   Reparole ☒   Refuse   Others (Indicate)

### ANALYSIS

Board Action recorded 11/5/93 refers to Board Action of 11/10/92 to Recommit to a SCI as a CPV to serve 40 months backtime .. Reparole 3/25/93 to State Detainer Sentence. Board Action recorded 11/23/93 modifies Board Action of 11/5/93 by correcting Reparole date to 3/25/97. Board Action recorded 4/22/97 was to modify Board Action of 11/23/93 and 11/5/93 by temporarily rescinding the Reparole portion due to misconducts and now list for reinterview on the next available docket. Subject was added to the June docket.

Currently, the subject is a 45 year old married male recommitted by the Board for a new conviction - rape of his stepdaughter. He is originally serving a 10 to 20 year sentence for armed robbery. Official Version reports he used a 45 caliber handgun in this robbery. Subject was received at SCI HD 5/8/96 from SCI Dallas. His Prescriptive Program Plan included No Misconducts, Good Housing and Work Reports, D/A Education, Stress/Anger, Sex Offender Programming. He received 1 Class I Misconduct 11/6/96 for Refusing To Obey An Order and was sanctioned with 30 days cell restriction. He Earns Above Average Housing and Work Reports (assigned to Culinary Department). He is presently assigned as Blockworker.

Psychological evaluation conducted 6/16/97 notes:
Subject denies any substance abuse history. During his interview with the evaluator, he responded with a sarcastic manner stating that coming up for parole was 'bullshit' and 'the Parole Board screws everybody". The subject was extremely angry. The evaluator noted that due to his denial of his sex offense and lack of treatment, he is not appropriate for parole at this time. The evaluator recommended he needs to participate in Sex Offender Treatment prior to any consideration for parole release.

**PETITIONER'S EXHIBIT BBB**

PETITIONER'S
EXHIBIT
F

SUMMARIZATION REPORT FOR Robert DeFoy, AK-1017/1226-J     PAGE 2

## ANALYSIS CONTINUED:

On 4/9/97 the Records Office notified this writer subject may receive a new trial on this matter. On 4/11/97, this writer spoke with the subject. The subject threatened to sue this writer for him not being released. In a letter dated 5/22/97 from York County reports the subject was granted a new trial regarding his detainer sentence. Bail was granted in the amount of $20,000 which has been posted.

Subject Has Secured Institutional Support for Reparole.

## PAROLE GUIDELINES

He is viewed as an Acceptable Parole Candidate under the Guidelines.

## DETAINERS

None listed.

## PLAN

Parole Plan approved 5/19/97 by the York SO.

## PAROLE STAFF RECOMMENDATION INCLUDING SPECIAL CONDITIONS:

Parole     Reparole     Continue     Refuse ☒

_____     6/18/97
Frederick L. Cutler, Parole Agent II     Date

D76
I/S
6-18-97