CONFIDENTIAL PSYCHOLOGICAL [EVAL]UATION - Parole                                      June 16, 1997
Re: Robert DeFoy, AK-1017

*The following is a confidential psychological evaluation. This information may be reviewed by: health care, corrections counseling staff, inmate program manager, deputy superintendents, superintendent and the treatment team. All others shall not be permitted to review or share this information with persons who are not members of the treatment team.*

Mr. DeFoy was interviewed on June 17, 1997 to provide updated information for his parole evaluation. Mr. DeFoy is serving backtime on his original sentence of 10-20 years for Armed Robbery. He violated the conditions of his parole by being charged with Involuntary Deviate Sexual intercourse, Statutory Rape and Corruption of a Minor. Mr. DeFoy received an additional 6 1/2 - 13 year sentence.

Mr. DeFoy is a 45 year old White male. He is the fifth of twelve children growing up in a single parent household. His parents divorced when he was quite young. His mother paid little attention to Mr. DeFoy and his brothers. He stated that she paid more attention to the girls. Mr. DeFoy denies any substance abuse history.

In the interview setting, Mr. DeFoy responded in a sarcastic manner stating that coming up for parole is "bullshit" and the parole board "screws everybody." Mr. DeFoy was extremely angry. He impressed as being within the Below Average range of intelligence. There is no history of mental illness or psychiatric treatment.

In Summary, due to Mr. DeFoy's denial of his sex offense and lack of treatment, he is not appropriate for parole at this time. Mr. DeFoy needs to participate in Sex Offender treatment prior to any consideration for parole release.

Submitted by,                                          Reviewed by,

*Lori Ford*                                            *Carrie A Fromm*
Lori Ford, Psychology Intern                           Carrie Fromm, Licensed Psychology Mgr.
                                                       License #PS007121L

LF/CAF:cjh
c:   Medical Records (orig.)
     Records
     ~~Counselor~~
     Parole
     File

PETITIONER'S EXHIBIT C

**PETITIONER'S EXHIBIT CCC**