



## SCI-Houtzdale
## Psychological Evaluation for Parole



| Name: DEFOY, Robert Lee | Inmate #: EU9678 | Closed On : | 6/7/2005 8:09:13 AM |

## Limits of Confidentiality

This document is considered confidential and is not to be read to the inmate nor it is to be quoted by counselor or parole agents for reviews or evaluations. Violation of the confidentiality of this report diminishes staff inmate rapport and endangers the safety of the mental health staff and the correctional institution.

Mr. Robert Lee DEFOY was advised of the purpose of the evaluation and limits of confidentiality, and he signed the Mental Health Informed Consent Document.

## Techniques Previously Administered

| S.No. | Evaluation Date | Evaluation Material |
|-------|-----------------|---------------------|
| 1. | 07/26/1993 | Clinical Interview |
| 2. | 03/23/1984 | MMPI - 2 |
| 3. | 07/26/1993 | Case file reviewed |
| 4. | 07/26/1993 | Mental Health Evaluation |
| 5. | 03/23/1984 | WRAT |
| 6. | 03/23/1984 | BETA |
| 7. | 07/26/1993 | Human Figure Drawing |
| 8. | 07/26/1993 | Bender Recall |
| 9. | 07/26/1993 | Bender Visual Motor Gestalt |

## Techniques Administered

| S.No. | Evaluation Date | Evaluation Material |
|-------|-----------------|---------------------|
| 1. | 06/03/2005 | Clinical Interview |
| 2. | 06/03/2005 | Clinical Risk Assessment (Attached) |
| 3. | 06/03/2005 | Mental Health Evaluation |

## Mental Health

Mr. Robert Lee DEFOY carries a Mental Health Stability Rating of "A", which indicates that the inmate does not require mental health services at this time.

Psychiatric/Mental Health History says that the inmate denies any history of Mental Health treatment, and does not currently require any Mental Health services.

History of Suicidal Behavior:
    Denies suicidal behaviors. None known at this time.

---

The contents of this report are confidential and the information contained in it shall not be reviewed by or shared with persons who are not memt                    eam.

Name: DEFOY, Robert Lee                Inmate #: EU9678            Closed On :     6/7/2005 8:09:13 AM

## Referral and Background Information

Mr. Robert DEFOY is a 53-year-old man. Records do not indicate any prior adult convictions. There is no juvenile history reported. Verified problem areas listed at classification include Alcohol, Assault and Sexual. IQ was listed as 99 in the Average range. Wide range achievement testing yielded a reading grade of 6.9, spelling of 5.7 and math of 5.3. There are no misconducts reported for the preceding twelve(12) months.

No misconducts

## Analysis of Previous Evaluation Results

This writer used the results of two separate personality assessments, as one of the assessments was quite old, dated 1984. The results suggested he" is impulsive and ungiving. He fails to profit from past experiences, good or bad. Phallic preoccupation is suggested. The Human Figure drawings projectively indicate maladjusted behaviors and sexual insecurity."

## Analysis of Current Evaluation Results

Mr. Defoy easily engaged in the interview process, which allowed rapport to be quickly, and easily established. He maintained a clear stream of thought and his affect was congruent to thought content and situation. He denied any symptoms of a major mood disorder or thought disorder. He also denied suicidal/homicidal thoughts at this time. Interview impressions were not indicative of significant psychopathology at this time.

Asked about the offense for which he is incarcerated, Mr. Defoy emphatically denied any responsibility or guilt. He claimed the allegations were fabricated by a stepdaughter as directed by the child's mother. This is the same version of events he has maintained since his arrest in this matter. He added that his legal appeal of guilt remains in the judicial system at the state level in the Supreme Court. Since Mr. Defoy denies guilt he verbalized that he has no intention to participate in sex offender treatment at this time. He is aware this will impede his chances of earning parole.

Since the inmate denies guilt of a sex offense and refuses to participate in sex offender treatment, this writer believes that any additional information in the report regarding Mr. Defoy would be superfluous.

## Risk Analysis

Mr. Robert Lee DEFOY displays the following Risk Factors:

| S.No. | Risk Factors |
|-------|--------------|
| 1. | History of Drug and Alcohol abuse and dependency. |
| 2. | Failure(s) on prior release(s) (parole, probation, etc). |
| 3. | History of violent offenses. |
| 4. | Significant criminal history and variety of offenses. |
| 5. | Current sex offense and/or prior sex offense(s). |
| 6. | Family factors that include criminality and psychological problems. |
| 7. | History of juvenile offending. |
| 8. | School maladjustment (special education, LD, ADHD, MR, truancy, expulsion). |
| 9. | Anger management problems. |
| 10. | Unstable employment history. |
| 11. | History of impulsivity. |
| 12. | History of injuring victims. |

The contents of this report are confidential and the information contained in it shall not be reviewed by or shared with persons who are not members of the treatment team.

Version : 1.0

Name: DEFOY, Robert Lee          Inmate #: EU9678          Closed On :     6/7/2005 8:09:13 AM

| S.No. | Risk Factors |
|-------|--------------|
| 13. | Personality Disorder (DSM IV) criteria |
| 14. | Denial, lack of remorse, poor insight. |
| 15. | Never married/unstable relationship history. |

Mr. Defoy admitted that he abused alcohol in the past but denied the label of alcoholic. He said that he did not use drugs of any kind at any time. He indicated that he had violated parole on three different occasions while serving a prior sentence for armed robbery. The inmate has a long and quite extensive history of both juvenile and adult criminality. His offense history dates back to 1963 and includes numerous juvenile placements and adult incarcerations. He stated that he was in special education programs when he attended school. He quit school while in tenth grade. He claims to have earned a GED during an earlier incarceration at SCI- Dallas. This apparently has never been verified. Mr. Defoy claims to have been married three times. He has two adult children who reside in Florida. He stated that he does not maintain contacts with family members but believes that several of his brothers have also been incarcerated.

## Risk Attenuators and Treatment Summary

Mr. Robert Lee DEFOY displays the following Risk Attenuators:

| S.No. | Risk Attenuators |
|-------|------------------|
| 1. | Good institutional adjustment with no misconducts within the last year. |
| 2. | Over 35 years old. |
| 3. | Adequate literacy skills. |

Mr. Defoy has been behaviorally non-problematic while incarcerated. He is presently 53 years old and claims that his literacy skills are satisfactory.

Staff reported that the inmate remains misconduct- free but has failed to address the goals of his correctional plan.

## Community Treatment and Risk Management Recommendation

If granted parole the inmate should become involved in a sex offender treatment program.

The inmate should refrain from drug and alcohol use at all times. He should not have any unsupervised contacts with minor children.

_Michael G Ocilka_

Ocilka, Michael G

**Psychological Services Specialist**

_Francis J. Schuster, LPM_

Schuster, Francis J

Licensed Psychologist Manager

PA License # PS004385-L

The contents of this report are confidential and the information contained in it shall not be reviewed by or shared with persons who are not members of the treatment team.

Version : 1.0