IN THE COURT OF COMMON PLEAS OF YORK COUNTY,
PENNSYLVANIA

COMMONWEALTH : No. 3623 C. A. 1991
:
VS :
:
ROBERT DEFOY :

(Rule Returnable)

York, Pa., Thursday, April 17, 1997

Before Honorable Emanuel A. Cassimatis, Senior Judge

APPEARANCES:

    JONELLE L. HARTER, Esquire
    Assistant District Attorney
    For the Commonwealth

    ✓SAMUEL STRETTON, Esquire
    For the Defendant

\* \* \*

O R D E R

    After hearing the testimony on this setting bail hearing, the Court concludes that the Defendant is entitled to bail, and we fix the bail at the same pretrial bail heretofore existing, $25,000.00.

    The conditions of the bail shall include that he shall not remove himself from York County, that he shall reside with his wife at her residence, R.D. 4, Box 4322, in Stewartstown, Pennsylvania, that he shall have no contact or communication with the victim or the victim's family or extended family, and specifically including Deanna, Donna and Gloria Winemiller and any of their

1  **PETITIONER'S EXHIBIT EEE**

children or spouses, grandchildren.  And should he see them in public places, he shall leave the proximity.

Another specific condition is that there shall be no minor children in the Defendant's residence during the bail.

* * *

bln - 4/17/97