


RECEIVED MAR 3 0 2005
FEDERAL PUBLIC DEFENDER
ERIE - W.D. PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

March 28, 2005

TOM CORBETT
ATTORNEY GENERAL

Litigation Section
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

Thomas W. Patten
Asst. Federal Public Defender
1111 Renaissance Centre
1001 State Street
Erie, Pennsylvania  16501

Re:   DeFoy vs. McCullough, et al.,
      No. 00-110 Erie

Dear Attorney Patten,

Enclosed please find various documents related to Mr. DeFoy's most recent parole decisions involving his Robbery conviction and sentence. These documents include the Board's Parole Decision Making Guidelines Forms as well as the Department of Corrections' Review Sheets.

I have also asked the Board about obtaining statistical data regarding parole denials based on refusals to participate in Sex Offender Treatment and was informed that there is no way to access such information in the Board's data base. However, it appears that a statement could be provided, either as a declaration or in response to specific interrogatories, regarding the policy and practice of the Board with respect to parole decisions in certain situations, such as parole denials based on refusals to participate in Sex Offender Treatment.

Sincerely yours,

Scott A. Bradley
Senior Deputy Attorney General

SAB:pm
Enclosures

**PETITIONER'S EXHIBIT FFF**