NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Erie)

Circuit Court Docket No. _____

FULL CAPTION IN DISTRICT COURT:

**ROBERT LEE DEFOY**    District Court
    Docket No. **Civil No. 00-110E**

    v.

    District Court
**SUPERINTENDENT JOHN M.**    Judge **Sean J. McLaughlin**
**McCULLOUGH, ATTY. GENERAL**
**MICHAEL FISHER, PENNSYLVANIA BOARD**
**OF PROBATION AND PAROLE**

Notice is hereby given that **Robert Lee DeFoy**

appeals to the United States Court of Appeals for the Third

Circuit from [ ] Judgment; [**X**] Order; [ ] Other (Specify)_____

**denying petition for writ of habeas corpus and denial of**

**application for certificate of appealability.**

entered in this action on **9/28/07**.

DATED: **10/26/07**


/s/Thomas W. Patton
(Counsel for Appellant-signature)

Thomas W. Patton; PA ID # 88653    Scott A. Bradley
(Name of Counsel - Typed)    (Counsel for Appellee)

Federal Public Defender's Office    Office of the Attorney General
(address)    (address)

1001 State Street, Suite 1111    6th Floor, Manor Complex
Erie, PA 16501    564 Forbes Avenue
    Pittsburgh, PA 15219

(814) 455-8089    (412) 565-7680
(Tel. No. - FTS or Other)    (Tel. No. - FTS or Other)