UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 7-4198

DeFoy

vs.

McCullough, et al.

Robert Lee DeFoy, Appellant

(Western District of Pennsylvania Civil No. 00-cv-00110E)

O R D E R

It appearing that appellant **Robert Lee DeFoy** having satisfied the Court that he/she is financially unable to obtain representation by counsel,

It is **O R D E R E D** that the Federal Public Defender Organization for the Western District of Pennsylvania is hereby appointed pursuant to Title 18 U.S.C. Sec. 3006A(a)(2)(B) to represent said appellant Robert Lee DeFoy in the above matter, said appointment to remain in effect until termination of this case or substitute attorney is appointed.

For the Court,

*Marcia M. Waldron*
Clerk

Date: November 2, 2007